UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| TIMOTHY NELAND PENDLETON,<br><br>　　Plaintiff<br><br>v.<br><br>SOCIAL SECURITY ADMINISTRATION COMMISSIONER,<br><br>　　Defendant | )<br>)<br>)<br>)<br>)<br>) CIVIL NO. 1:23-cv-00374-JAW<br>)<br>)<br>)<br>)<br>) |

## JUDGMENT

In accordance with the Order issued by U.S. District Judge John A. Woodcock, Jr., dated February 16, 2024, this case is REVERSED and REMANDED for further proceedings, pursuant to sentence four of 42 U.S.C. Section 405(g).

　　　　　　　　　　　　　　　　　　　CHRISTA K. BERRY, CLERK


　　　　　　　　　　　　　　　　By:　/s/ Melody Dalphonse
　　　　　　　　　　　　　　　　　　　Deputy Clerk

Dated: February 16, 2024